UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
OWEN COLE

                            Plaintiff

**AFFIDAVIT OF SERVICE**
10 cv 5308

THE CITY OF NEW YORK, et al

                            Defendants
------------------------------------------------------------------------X
STATE OF NEW YORK
COUNTY OF KINGS ss:

      MICHAEL COLIHAN an attorney duly licenced to practice before all the Court of the state of New York, affirms the truth of the following under penalties of perjury:

      1. I am over the age of 18 years, am not a party to this action, and reside in the state of New York:

      2. On the 24th day of March, 2011 I served the subpoena to produce documents and to testify at a deposition in a civil action upon Bonnie Greenstein, a witness in this action by mailing a true copy of same properly addressed to Bonnie Greenstein, at the Office of the Special Narcotics Prosecutor, 80 Centre Street, 6th Floor, New York, NY in an envelope not indicating that the communication was from an attorney or concerned an action and deposited in envelope in a post paid official depository under exclusive care and custody of the United States Postal Service within New York State on March 24, 2011.Upon information & belief this is Bonnie Greenstein's actual place of business within the state of New York.. I also received a certificate of mailing.

Affirmed under penalties of
perjury March 24, 2011.                  _____/s/_____
                                          MICHAEL COLIHAN